1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   STEVEN B. SACKS. Cal. Bar No. 98875
3  ssacks@sheppardmullin.com
   KRISTY E. YOUNG, Cal. Bar No. 260542
4  kyoung@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:  415-434-9100
6  Facsimile:    415-434-3947
   ssacks@sheppardmullin.com
7
   Attorneys for Plaintiff
8  TEXTRON FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TEXTRON FINANCIAL CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>SPANISH SPRINGS II, LLC, et al.,<br><br>              Defendants.<br>——————————————<br>SPANISH SPRINGS II, LLC, et al.,<br><br>              Counterclaimants<br><br>     v.<br><br>TEXTRON FINANCIAL CORPORATION,<br><br>              Counterdefendant. | Case No.  CV09-01205 JFW (PJWx)<br><br>**AMENDED JUDGMENT PURSUANT TO ORDER GRANTING SUMMARY JUDGMENT AND RULE 54(b)** |

The Court having entered its order granting summary judgment to Plaintiff and Counterdefendant Textron Financial Corporation ("TFC") herein, there being no just reason for delay in entering judgment with regard to the claim by TFC against defendants John E. King and Carole King and with regard to the Counterclaim and each claim for relief asserted therein, and GOOD CAUSE APPEARING, it is hereby ordered, adjudged, decreed that judgment hereby shall be and is entered in favor of TFC and against Defendants John E. King and Carole King on the third claim for relief contained in TFC's Complaint and in favor of TFC and against Counterclaimants John E. King, Carole King, and Spanish Springs II, LLC ("Spanish Springs") on the Counterclaim contained in Counterclaimants' Answer and Counterclaim as follows:

1. TFC shall have and recover from Defendants John E. King and Carole King, and each of them, the sum of $4,286,125.34, consisting of $3,706,557.14 in principal owed on the loan made by TFC to Spanish Springs, interest of $326,852.30 through November 30, 2009 less interest payments received of $40,909.11, an exit fee of $94,000.00 and late charges of $199,625.02, to which shall be added interest accrued from December 1, 2009 to the date of entry of judgment on the principal amount at the daily rate of $925.06.

2. Counterclaimants John E. King and Carole King and Spanish Springs shall take nothing on their Counterclaim herein and judgment is entered in favor of TFC on the Counterclaim.

3. TFC is further entitled to recover its attorneys' fees and expenses incurred herein, to be determined upon motion timely made by TFC.

Dated: January 19, 2010

_____
United States District Court Judge