SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
STEVEN B. SACKS. Cal. Bar No. 98875
ssacks@sheppardmullin.com
KRISTY E. YOUNG, Cal. Bar No. 260542
kyoung@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Plaintiff
TEXTRON FINANCIAL CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>SPANISH SPRINGS II, LLC, et al.,<br><br>            Defendants. | Case No.  CV09-01205 JFW (PJWx)<br><br><br><br><br><br>**ORDER AWARDING**<br>**ATTORNEYS' FEES AND COSTS** |
| SPANISH SPRINGS II, LLC, et al.,<br><br>            Counterclaimants<br><br>   v.<br><br>TEXTRON FINANCIAL CORPORATION,<br><br>            Counterdefendant. | |

## **ORDER**

**Good cause appearing**, pursuant to the parties' stipulation and based on the Court's order of February 12, 2010, the Court hereby orders, adjudges and decrees that Textron Financial Corporation is awarded $321,620.94 pursuant to its motion for an award of attorneys' fees and related costs, consisting of fees in the amount of $302,453.58 and costs of $19,167.36, in full and final resolution of the motion made by TFC for fees and costs up to and including the entry of judgment herein.

Dated:  April 5, 2010

_____
United States District Judge