Paul G. Metchik, Cal Bar No. 84437
1316 Broad Street
San Luis Obispo, CA 93401
Telephone: 805-783-2450
Facsimile: 805-783-2451
Paul@metchiklaw.com

Attorneys for Assignee Judgment Creditor
ORKA Real Estate Partners LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>Plaintiff,<br>v.<br>SPANISH SPRINGS II, LLC, et al.,<br><br>Defendants. | CASE NO. CV09-01205 JFW (PJWx)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT<br><br>[NO HEARING SCHEDULED] |
| SPANISH SPRINGS II, LLC, et al.,<br><br>Counterclaimants,<br>v.<br>TEXTRON FINANCIAL CORPORATION,<br><br>Counterdefendant. | |

Judgment Debtors, JOHN E. KING and CAROLE D KING (hereinafter referred to as "DEBTORS") having had Judgment entered against DEBTORS on January 19, 2010.

NOW, upon application of Assignee Judgment Creditor, ORKA REAL ESTATE PARTNERS LLC, a California limited liability company (hereinafter referred to as "JUDGMENT CREDITOR"), and upon declaration that DEBTORS have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

- 1 -
[PROPOSED] RENEWAL OF JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment against the DEBTORS be renewed as follows:

Renewal of Money Judgment:

a. Total judgment: $4,286,125.34 plus interest from December 1, 2009 through date of entry of judgment (i.e. January 19, 2010) at the rate of $925.06 per day for a total additional amount of $45,327.94, as modified to include an award of attorneys' fees and costs in the amount of $321,620.94 by order of April 5, 2010.

b. Costs after Judgment: $0.00

c. Interest after Judgment computed from January 19, 2010 through December 16, 2019 at .35% per annum: $40,107.69

d. Less credits after Judgment: $3,550,000.00

e. Total Renewed Judgment: $1,143,181.43

DATED: January 8, 2020

_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Presented by:

_____
Paul G. Metchik, Attorney for Assignee Judgment Creditor, ORKA Real Estate Partners LLC, a California limited liability company