## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEXTRON FINANACIAL CORPORATION,**<br>　　　　Plaintiff,<br>　　v.<br>**SPANISH SPRINGS II, LLC, et al.,**<br>　　　　Defendants.<br>―――――――――――――――<br>**SPANISH SPRINGS II, LLC, et al.,**<br>　　　　Counterclaimants,<br>v.<br>**TEXTRON FINANCIAL CORPORATION,**<br>　　　　Counter Defendant,<br>―――――――――――――――| NO. CV 09-01205 JFW (KSx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Enforce Judgment for Order Charging Judgment Debtors Interest in Limited Liability Companies ("Motion") (Dkt. No. 157), all of the records herein, and the Amended Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed,

and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that Assignee Judgment Creditor's Motion for an order charging the payment of the sum of $1,151,413.90 against Defendants/Judgment Debtors John E. King's and/or Carole King's interests is GRANTED as to the following limited liability companies:

(1) HIGUERA BREW LLC, a California limited liability company [CA Entity No. 201510510377], 285 Bridge Street, San Luis Obispo, CA 93401;

(2) NIPOMO PROPERTIES LLC, a California limited liability company [CA Entity No. 201728610296], 285 Bridge Street, San Luis Obispo, CA 93401;

(3) OAK SHORES GROUP LLC, a California limited liability company [CA Entity No. 199929510018], 285 Bridge Street, San Luis Obispo, CA 93401;

(4) SHAFFER LANE LLC, a California limited liability company [CA Entity No. 201728610292], 285 Bridge Street, San Luis Obispo, CA 93401;

(5) HUNTER RANCH GOLF COURSE LLC, a California limited liability company [CA Entity No. 201107310074], 285 Bridge Street, San Luis Obispo, CA 93401;

(6) SLO SOUTH HIGUERA, LLC, a California limited liability company [CA Entity No. 201519110036], 285 Bridge Street, San Luis Obispo, CA 93401; and

(7) SPANISH VINEYARDS LLC, a California limited liability company [CA Entity No. 201710310499], 285 Bridge Street, San Luis Obispo, CA 93401.

**IT IS SO ORDERED.**

DATED: April 28, 2022

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE